# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINALD MCNEARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-2008 NAB |
| ) | |
| ST. CHARLES COUNTY DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's pro se complaint. Plaintiff, a prisoner, has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. Plaintiff must pay the fee or file a motion for leave to proceed in forma pauperis in order to proceed with this action. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must also submit a prison account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty days of the date of this Order, either pay the $350 filing fee or file a motion to proceed in forma pauperis along with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the "Motion to Proceed In Forma Pauperis - Prisoner Cases" form.

Dated this 10th day of December, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE